**Order entered January 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01075-CR

**FRANCISCO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-35119-S**

## ORDER

The clerk's record, filed November 13, 2018, shows appellant is indigent, has appointed counsel, and has requested the reporter's record. That record was due November 11, 2018. When it was not filed, we notified official court reporter Lisa Jackson and court reporter LaToya Young Martinez that it was overdue and directed them to file the reporter's record by December 11, 2018. On January 3, 2019, we received written notification from Lisa Jackson that LaToya Young Martinez was the court reporter who reported the jury trial in this appeal. To date, we have had no communication from Ms. Martinez, and the reporter's record has not been filed.

We **ORDER** the complete reporter's record filed within **TWENTY DAYS** of the date of this order. We caution Ms. Martinez that the failure to do so will result in the Court taking

whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; Lisa Jackson, official court reporter, 282nd Judicial District Court; LaToya Young Martinez, deputy court reporter; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE